January 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-11-00087-CV                    V.

LUIS CRESPO AMAZQUITA, Appellee

———————————————

This cause, an appeal from the judgment in favor of appellee, Luis Crespo Amazquita, signed January 7, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the City of Houston, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.